**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACE L. VANN, | ) | |
| Plaintiff, | ) | Case No. 21 C 665 |
| v. | ) | Judge Jorge L. Alonso |
| JOLIET POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

## ORDER

This case is dismissed for want of prosecution. Civil case terminated.

## STATEMENT

Six months ago, the Court granted plaintiff leave to proceed *in forma pauperis*. Since that time, plaintiff's case has been inactive. She has taken no steps to assist the Marshal's Service in effectuating service. The USM-285 forms sent to her have been returned as undeliverable. Plaintiff has failed to notify the Court of her current address. Accordingly, there is no good cause to extend the time for service under Rule 4(m). Furthermore, because plaintiff's case has been inactive for more than six months, it is appropriate to dismiss the case for want of prosecution under Local Rule 41.1 ("Cases which have been inactive for more than six months may be dismissed for want of prosecution.").

Date: 9/9/2021

Jorge L. Alonso
United States District Judge